**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RON FRANCO,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-03335-BLF<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

There are two defendants remaining in this action, On April 13, 2017, Experian Information Solutions, Inc. and Credit Bureau of Placer County, Inc. With respect to Experian Information Solutions, Inc., Plaintiff filed a notice of settlement on April 13, 2017. Notice of Settlement, ECF 90. Plaintiff stated that the parties expected to finalize a settlement within thirty days. More than thirty days has elapsed and Plaintiff has neither filed a notice of dismissal nor indicated that additional time is necessary to finalize the settlement.

The other remaining defendant, Credit Bureau of Placer County, Inc., answered the first amended complaint on October 7, 2016. Answer, ECF 62. However, on April 18, 2017, the Court dismissed the first amended complaint with leave to amend. Order Granting Motions to Dismiss First Amended Complaint, ECF 94. Plaintiff has not filed an amended pleading and the deadline to do so has elapsed. Accordingly, there is no operative pleading in this case.

Plaintiff is hereby ordered to show cause in writing and on or before June 16, 2017 why this action should not be dismissed as to the remaining defendants, Experian Information

Solutions, Inc. and Credit Bureau of Placer County, Inc. in light of the circumstances described above. If Plaintiff fails to respond within the time provided, the Court will presume that Plaintiff has resolved all claims against these defendants and will issue an order of dismissal without further notice.

**IT IS SO ORDERED.**

Dated: May 26, 2017

                                                                                        _____
BETH LABSON FREEMAN
United States District Judge